# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:11cr16

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **MARTIN MEDINA.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Request for Continuation of Stay of Release Order [Doc. 8].

Having considered the Government's request and reviewed the pleadings, the Court finds that a stay is appropriate pending review of the Magistrate Judge's Order allowing the release of the Defendant, inasmuch as the Defendant is charged with offenses involving a minor victim.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Government's Request for Continuation of Stay of Release Order [Doc. 8] is **GRANTED**, and the Magistrate Judge's Order allowing the release of the Defendant is **STAYED** pending further Order of this Court.

**IT IS SO ORDERED**.

Signed: August 26, 2011

Martin Reidinger
United States District Judge