# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CRIMINAL CASE NO. 2:11cr16

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MARTIN MEDINA. ) | |

**THIS MATTER** is before the Court upon the Government's Objections [Doc. 25] to the Magistrate Judge's Detention Order of October 20, 2011 and the Defendant's Appeal [Doc. 26] from that same Order.

The Defendant has appealed the Magistrate Judge's October 20, 2011 Order subjecting him to pretrial detention pursuant to 18 U.S.C. § 3142. [Doc. 26]. The Government also has filed objections to certain provisions in the Magistrate Judge's Order. [Doc. 25]. Subsequent to the parties' filings, the Defendant entered a guilty plea pursuant to a plea agreement. [Doc. 28]. By virtue of his guilty plea, the Defendant is now being detained pending sentencing pursuant to 18 U.S.C. § 3143. As such, the parties' objections to the Magistrate Judge's pretrial detention Order have been rendered moot. See

United States v. Bracken, No. 1:11cr74, 2011 WL 4808265, at *2 (W.D.N.C. Oct. 11, 2011).

**IT IS, THEREFORE, ORDERED** that the Government's Objections [Doc. 25] to the Magistrate Judge's Detention Order of October 20, 2011 and the Defendant's Appeal [Doc. 26] therefrom are both **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: November 30, 2011

Martin Reidinger
United States District Judge